IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| WALTER E. MCGOWEN, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-10-100-RAW |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 29, 2011, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 15th day of September, 2011.

**Dated this 15th day of September, 2011.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma